THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 John Jabar Green, Appellant.
 
 
 

Appeal From Georgetown County
  Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No.  2004-UP-464
 Submitted September 14, 2004  Filed September 15, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,  Chief Deputy Attorney General 
 John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, 
 of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Mr. Green appeals after pleading guilty 
 to assault with the intent to kill (AWIK), and two counts of pointing and/or 
 presenting a firearm.  The trial court sentenced him to eight years on the AWIK 
 charge and five years suspended on time served and three years probation on 
 the presenting charges.  On appeal, Green argues his guilty plea failed to comply 
 with the requirements set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Greens counsel 
 attached a petition to be relieved stating that he has reviewed the record and 
 found the appeal to be without merit.  Green did not file a separate pro 
 se brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.  

APPEAL DISMISSED. 
 [1] 
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.